GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RICHARD FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-10 00098 DLJ[KAW](NJV) |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE DATE |
| RICHARD FERNANDEZ, | ) |
| Defendant. | ) |

Richard Fernandez voluntarily surrendered himself to the U.S. Marshals on August 13, 2012, and is scheduled to appear in this Court on August 15, 2012, in connection with a Form 12 alleging violations of his supervised release. Defense counsel will be unavailable to appear on August 15, 2012. For this reason, IT IS STIPULATED AND AGREED that Mr Baker's appearance in this matter be continued to August 27, 2012, at 9:30 a.m., before United States Magistrate Judge Kandis Westmore, Courtroom 4, Oakland, California. The probation officer has confirmed that someone from his office will be available on that date.

SO STIPULATED.

STIP AND ORD                           1

| | |
|---|---|
| Dated: August 14, 2012 | |
| | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| Dated: August 14, 2012 | |
| | CHRISTINA McCALL |
| | Assistant United States Attorney |

Good cause appearing therefor, IT IS ORDERED that Richard Fernandez's appearance in this matter be continued to August 27, 2012, at 9:30 a.m., before United States Magistrate Judge Kandis Westmore, Courtroom 4, Oakland, California.

Dated: August 14, 2012

NANDOR J. VADAS
United States Magistrate Judge